JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee  
Date: November 18, 2009  
Check No. 1765342  
Check Amount: $2,889.00  

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45404-R | 00000 | GARRY D. & BARBARA BIBLE | 0 | XXXXX6469 | 21.00 | 0.00 | 21.00 |
| | | | | XXXXX8203 | | | |
| | | Original check written to: GARRY D. BIBLE, 1005 NORTH WASHBURN, DECATUR, TX 76234 | | | | | |
| 04-50167-R | 00000 | GWENDOLYN L. SANDERS | 0 | XXXXX2139 | 1.00 | 0.00 | 1.00 |
| | | Original check written to: GWENDOLYN L. SANDERS, 1805 PARKER, TEXARKANA, TX 75501 | | | | | |
| 05-44921-R | 00000 | DALLAS GLEN & SANDRA KAYE ALFORD | 0 | XXXXX7978 | 2.00 | 0.00 | 2.00 |
| | | | | XXXXX8705 | | | |
| | | Original check written to: DALLAS GLEN ALFORD, 5110 MESA CIRCLE, AMARILLO, TX 79109 | | | | | |
| 08-42810-R | 00000 | DUNG ANH PHAN & TUOI THI TRUONG | | XXXXX1343 | 630.00 | 0.00 | 630.00 |
| | | | | XXXXX3596 | | | |
| | | Original check written to: DUNG ANH PHAN & TUOI THI TRUONG, 1911 DORY LANE, IRVING, TX 75061 | | | | | |
| 09-40066-R | 00000 | CHARLES LINDLEY WOODS | 0 | XXXXX7032 | 1,850.00 | 0.00 | 1,850.00 |
| | | Original check written to: CHARLES LINDLEY WOODS, 9474 DARTRIDGE DRIVE, DALLAS, TX 75238 | | | | | |
| 09-40343-R | 00000 | LESLIE N. HADJIEV | 0 | XXXXX1880 | 385.00 | 0.00 | 385.00 |
| | | Original check written to: LESLIE N. HADJIEV, 210 FORESTBROOK DRIVE, WYLIE, TX 75098 | | | | | |
| | | | | **TOTALS** | **$2,889.00** | **$0.00** | **$2,889.00** |